LEAH J. INGERSOLL, Administratrix, etc., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued April 10, 1876 ; decided April 25, 1876.)

*S. W. Jackson* for the appellant.

*W. L. Van Denburgh* for the respondent.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.

---

NORMAN COX et al., Administrators, etc., Appellants, *v.* WARREN S. WIGHTMAN, Executor, etc., et al., Respondents.

(Argued April 12, 1876 ; decided April 25, 1876.)

REPORTED below, 4 Hun, 799.

*E. H. Prindle* for the appellants.

*Wm. F. Jenks* for the respondents.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.